PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE Western DISTRICT OF TEXAS
# San Antonio DIVISION

Michael A. Garcia
Plaintiff's Name and ID Number

TDCJ McConnell Unit
Place of Confinement

CASE NO. SA24CA0262 FB
(Clerk will assign the number)

v.

Bexar County Adult Detention Center 200N Comal San Antonio Texas 78201
Defendant's Name and Address

Bexar County Sheriffs Dept.
Defendant's Name and Address

Officer Reeves and Bexar County
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: n/a
      2. Parties to previous lawsuit:
         Plaintiff(s) n/a
         Defendant(s) n/a
      3. Court: (If federal, name the district; if state, name the county.) n/a
      4. Cause number: n/a
      5. Name of judge to whom case was assigned: n/a
      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
      7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: TDCJ McConnelle Unit Beeville, Texas

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Michael A. Garcia
McConnell Unit TDCJ  3000 S. Emilly Dr. Beeville, Texas 78102
TDCJ #62437769 Living Quarters 4E-16 bottom

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bexar County Adult Detention Center
200 N Comal San Antonio Tex. 78201
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
They failed to Protect my Civil Rights and failed to Prevent and act on my warnings. of Bodily Harm and being held in Custody under durest.

Defendant #2: Bexar County Sert Officer - Reeves
do not have an address or his first Name
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Officer Used Excessive force and Threatned me with retaliation feared for my life

Defendant #3: Bexar County and Bexar County Shariffs Office
Both Entities failed to protect me from bodily harm, neglect Bodily injury, malnutrision, Assaults, Harasment. and Cruel and Unusual punishment.
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

V-1 On December 15th, 2021 After being traumatized by discovering a disceased Inmate, hanging in the Utillity closet in the Delta 5 pod in the Annex Building in the Bexar County Adult Detention Center, The rest of the Inmates Including myself, where treated very ~~fairly~~ unfairly, We where asked if Anyone Wanted to talk to Mental Health while the Investigation was underway, I Asked to be moved from that Situation because I felt unsafe and feared for my safety, During this Time Inmates became very Aggressive with the C.O.s on duty, the S.E.R.T. Officers became Very Aggessive As well After The Rank Officer had Already Calmed the-
Cont:

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Compensation for Damages, for my InJuries and Medical Bills as well as Phsycological and Physical Therapy bills in the future and The Offending officer fired from his Job. Damages 300,000.00 punitive 900,000,00 dollars

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Michael A. Garcia

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

02437769 TDCJ#

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?     ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __n/a__
   2. Case number: __n/a__
   3. Approximate date warning was issued: __n/a__

Executed on: 10-14-23
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14th__ day of __October__, 20__23__.
         (Day)              (month)              (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

V-1        Statment of Claim Continued

After The Rank officer had Calmed the Situation down and both Sides where Communicating and trying to understand and Addapt to the Circumstances, is when another group of S.E.R.T. officers Arrived to 5D pod and this Included Officer Reeves, This is when things became very Aggressive again Officers Started yelling and ordering to get face down in our bunks, But the Inmates where not following the Commands of the Officers, who then began to Surround the uncooperative persons which where located all around my bunk putting me in the center of the Melee, Inmates began yelling back and picking up there Matresses to use as Shields and began to form a line Just in front of my bunk. This is when officers drew thier Tasers and began to taze a couple of Inmates, Things happened so quickly now, And I was under alot of stress and pressure, I was very confused and fearing for my life reached out and grabed a baton from an Approching S.E.R.t. Officer. Officer Reeves, to be clear was Aproching me heading in my direction with his baton drawn and in a Threatning position, Being the only Officer to use his baton, I Immediatly Let go of the baton and held up my hands and started Saying "I'm good" "I'm Good", "I'm good", 3 Time I think. He then using his baton, shoved The baton with both hands into my Chest, driving me back into a wall and after that I lost Conciousness and woke up a few Seconds or a Couple of minutes later on the floor with Officer Reeves sitting on my hip, while I Laid partially on my left side with my left Arm trapped under my body, while Officer Reeves pulled on my right Arm behind My back and Samming his knee into my buttocks, He Outweighs me by about 100 pounds and all this was on his video Camera, I was Taken to the Hospital for my Injuries which Included 2 cracked ribs, Severe Hematomas, and lacerations to my face and Head, Blackeyes A Busted Lip and Bruising on my buttocks and Torso. Also cracked my Dentures and Broke my Glasses, Peices of Plastic where Impeded near my eyebrow.

V-1-2

blows he Inflicted upon my body and face or blows Suffered due to hitting the bunks and floor during the beating. not to mention the Phsycological and Traumatic exsperianc and problembs assosiated with these types of Injuries. After Returning from the Hospital The following day and About 3 days later Mr Reeves was working in the Pod where I was now living and when he recognized me, he Threatned me not to cause problems for him or he and his buddys would pay me a visit and hurt me worst than before. So I didn't report the Incident for over a year until they moved me to Another Part of the Jail, I filed a greivance against the Officer and After thier Inustigation, They Concluded That I was resisting and Officer Reeves was Just following Training procedures. I did Appeal the decision, but neverheard Anything back from the Administration and was soon After Convicted and Sent to T.D.C.J. to start my Sentence.

I did find out before I was sent to T.D.C.J. That Officer Reeves had been Admonished and had been on Suspension or removed Tomporarely from S.E.R.T duty for severly Injuring another Inmate a few weeks before he Assaulted me on December 15th Showing he has a pattern and habbit of using unreasonable force to Control Inmates who are in Bexar County custody.



V-2  Statement of Claim   continued

Bexar County Adult Detention Center - Deprived me of my Civil Rights under the 5th Amendment of the US. Constitution, By unlawfully Encarsirating me without due process of the law, The 8th Amendment, Excessive Bail was Required of me and held under durest and exsposed to ~~Crud~~ Cruel and unusual punishment - by hasrasment, Assault, malnutrition, neglect and ransom and bodily Harm, The 14th Amendment

V-3 Bexar County Sheriffs office - violated my Civil Rights, The 8th Amendment - for Excessive bail and cruel and Unusual punishment. The 5th Amendment - Detaining my person without due process of the Law

V-4 Bexar County - the County of Bexar, City of San Antonio - violated my Civil Rights - The 5th Amendment - unlawfully holding me in County Jail under durest using Excessive bail and Cruel and Unusual punishment and causing me bodily harm by one of your county employees A SERT officer in County Jail. Using Extorsion to get me to buy the County's Commisary because the food the County is serving its inmates are unfilling, unnirishing and barely Edible not to mention very small portions.