UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL A. GARCIA, 02437769, § <br> § <br> Plaintiff, § <br> § <br> v. §     SA-24-CV-00262-FB <br> BEXAR COUNTY SERT OFFICER § <br> ZACHARY REEVES; ET AL., § <br> § <br> Defendants. § | |

## JUDGEMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Michael A. Garcia's 42 U.S.C. § 1983 Amended Civil Rights Complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure for failure to state a claim for which relief can be granted, the Court renders the following Final Judgement pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Garcia's Section 1983 Amended Complaint against Defendants, Bexar County, Texas; Bexar County SERT Officer Zachary Reeves; and Bexar County Sheriff Javier Salazar, is **DISMISSED WITH PREJUDICE** for failure to state a nonfrivolous claim in accordance with Title 28 U.S.C. Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1).

The Clerk of Court shall forward a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three-strikes list.

SIGNED this 14th day of August, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE